UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                              )
                                                    )           CASE NO. 13-36676-KRH
Matthew Timothy Bandy                                           CHAPTER 13
Lisa Diane Bandy

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of **$400.00.**

1. The filing of a **post-confirmation modified plan** on **10/16/2015** pursuant to the **trustee's motion to dismiss** on **8/4/2015.**

2. Fees in the amount of $3,250.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
Fax: (804) 518-5121

Certificate of Service

I certify that I on **8/24/2016,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.                    /s/ Richard J. Oulton
                                                                                Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: )
) CASE NO. 13-36676-KRH
Matthew Timothy Bandy  CHAPTER 13
Lisa Diane Bandy
Debtor(s)
7442 Southwind Drive
Apt. 101
Chesterfield, VA 23832

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any): [Matthew: 2398; Lisa: 5248]

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$400.00** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **September 7, 2016 (14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____  __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

Address of attorney for the Debtor(s):   Richard J. Oulton
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
 Fax: (804) 518-5121


Address of Chapter 13 Trustee:
Suzanne E. Wade, P.O. Box 1780, Richmond, VA 23218-1780


**8/24/2016**                           /s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
 Fax: (804) 518-5121

PROOF OF SERVICE

I certify that I on **8/24/2016,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Richard J. Oulton

**Parties served:**

Suzanne E. Wade
P. O. Box 1780
Richmond, VA 23218-1780

Matthew Timothy Bandy
Lisa Diane Bandy
Debtors
7442 Southwind Drive
Apt. 101
Chesterfield, VA 23832

**NAME AND ADDRESSES OF CREDITORS**

Advanced Orthopaedic Centers
7858 Shrader Road
Henrico, VA 23294

American Collections E
205 S Whiting St Ste 500
Alexandria, VA 22304

American Family Fitness Center
4751 Brad McNeer Parkway
Midlothian, VA 23112

BCC Financial Management Serv
PO Box 590067
Fort Lauderdale, FL 33359-0067

Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093

Central Virginia Health Serv
P. O. Box 220
New Canton, VA 23123

Chase Receivables
1247 Broadway
Sonoma, CA 95476

Check City
3920 Hull Street Rd
Richmond, VA 23224

Chesterfield Pediatrics
5955 Harbour Park Drive
Midlothian, VA 23112

Citimortgage Inc
PO Box 9438
Gaithersburg, MD 20898

CJW Medical Center
PO Box 99400
Louisville, KY 40269

Commonwealth Radiology
1508 Willow Lawn Dr.
Suite 117
Richmond, VA 23230-3421

Commonweath Anesthesia
P O Box 35808
Richmond, VA 23235

Credit Acceptance
Attn: Bankruptcy Dept
25505 West 12 Mile Rd Ste 3000
Southfield, MI 48034

Credit Adjustment Board, Inc.
306 East Grace Street
Richmond, VA 23219

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

Creditors Collection S
Po Box 21504
Roanoke, VA 24018

Crowne at Swift Creek
13101 Lowery Bluff Way
Midlothian, VA 23112

Eastern Account System INC.
Attn: Bankruptcy Dept.
Po Box 837
Newtown, CT 06470

Focused Recovery Solutions
P O Box 63355
Charlotte, NC 28263

Gastrointestinal Specialists
2369 Staples Mill Road
Suite 200
Richmond, VA 23230

Geico Indemnity Company
Payment Processing Center-27
P. O. Box 55126
Boston, MA 02205

Giant Food Stores
P O Box 55841
Boston, MA 02205

Golds Gym
13606 Hull Street Rd
Midlothian, VA 23112

Horizon Fin
8585 Broadway #88
Merrillville, IN 46410

Horizon Financial Mgmt
8585 S. Broadway
Suite 880
Merrillville, IN 46410

IC System
Attn: Bankruptcy
PO Box 64378
St. Paul, MN 55164

Internal Revenue Service
400 N. 8th Street Box 76
Stop Room #98
Richmond, VA 23219

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

Kroger Check Recovery Ctr
P O Box 30650
Salt Lake City, UT 84130

LabCorp
PO Box 2240
Burlington, NC 27216

Med Data Sys
2001 19th Ave Suite 312
Vero Beach, FL 32960

Memorial Regional Med Ctr
P.O. Box 409601
Atlanta, GA 30384

MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148

Monument Pathologists Inc.
P O Box 5468
Martinsville, VA 24115

Nationwide Insurance
Payment Processing Center-27
P. O. Box 55126
Boston, MA 02205

NCO
2703 N Highway 75
Sherman, TX 75091

NCO Financial Systems, Inc.
P O Box 15630
Dept 99
Wilmington, DE 19850

Permanent General Assurance
P.O. Box 305076
Nashville, TN 37230

Pinnacle Corporate Service,Inc
P O Box 35591
Greensboro, NC 27425

Pinnacle Credit Service
Attn: Bankruptcy
Po Box 640
Hopkins, MN 55343

Pmab Srvc
5970 Fairview Rd Ste 800
Charlotte, NC 28210

Professional Emerg Care
PO Box 3475
Toledo, OH 43607-0475

Professional Emerg Care
2987 Momentum Place
Chicago, IL 60689-5329

Richmond OBGYN Assoc
13700 St. Francis Blvd.
Suite 305
Midlothian, VA 23114

Sca Cred Svc
1502 Williamson Ro
Roanoke, VA 24012

St. Francis Family Med Ctr
P.O. Box 843356
Boston, MA 02284

St. Francis Medical
P O Box 404976
Atlanta, GA 30384

St. Mary's Hospital
P.O. Box 100767
Atlanta, GA 30384

Sterling Glen Apartments
7300 Southwind Drive
Chesterfield, VA 23832

Stern & Associates
415 N Edgeworth St Ste 2
Greensboro, NC 27401

Summit Health Care Inc
1 Park West Circle
Suite 202
Midlothian, VA 23114

Suntrust Bank
VA-RIC-9292
P.O. Box 27572
Richmond, VA 23261

The General Auto Ins Svcs
Transworld Systems Inc.
Collection Agency
1608 Spring Hill Road
Vienna, VA 22182

Union First Market Bank
Deposit Services
P. O. Box 940
Ruther Glen, VA 22546

United Collection Bureau, Inc.
5620 Southwyck Blvd
Suite 206
Toledo, OH 43614

Verizon
500 Technology Dr Ste 30
Weldon Spring, MO 63304

Verizon Wireless
Bankruptcy Administration
P.O. Box 3397
Bloomington, IL 61702

YES Energy Management
P O Box 650596
Dallas, TX 75265